| | |
|---|---|
| 1 | Robert W. Norman, Jr. (SBN 232470) |
| 2 | Darlene M. Morris (SBN 340727) |
|   | HOUSER LLP |
| 3 | 9970 Research Drive |
| 4 | Irvine, California 92618 |
|   | Telephone: (949) 679-1111 |
| 5 | Facsimile: (949) 679-1112 |
| 6 | E-Mail: bnorman@houser-law.com |

Attorneys for Defendants
Specialized Loan Servicing, LLC and Bank of New York Melon fka The Bank of New York, as successor to JPMorgan Chase Bank N.A. as indenture Trustee, on behalf of the holders of the Ferwin Mortgage Trust 2006-2HGS, asset-backed securities, series 2006-2HGS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ODILON TRUJILLO; MARIA J. TRUJILLO,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC; BANK OF NEW YORK MELON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE FERWIN MORTGAGE TRUST 2006-2HGS, ASSET-BACKED SECURITIES, SERIES 2006-2HGS; AFFINIA DEFAULT SERVICES, LLC; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 8:22-cv-00006-JLS-DFM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR FAILURE TO AMEND; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Fed. R. Civ. P. 41(b)]<br><br>Hearing –<br>Date:  November 4, 2022<br>Time:  10:30 a.m.<br>Judge: Hon. Josephine L. Staton<br>Place: Courtroom 8A<br>           350 W. First Street<br>           Los Angeles, CA 90012 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 4, 2022, at 10:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8A of the above captioned court, located at the First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, defendants Specialized Loan Servicing, LLC and Bank of New York Melon fka The Bank of New York, as successor to JPMorgan Chase Bank N.A. as indenture Trustee, on behalf of the holders of the Ferwin Mortgage Trust 2006-2HGS, asset-backed securities, series 2006-2HGS (collectively, "Defendants") will, and hereby do, move this Court for an order:

    1. Dismissing the Complaint of plaintiffs Odilon Trujillo and Maria J. Trujillo (collectively, "Plaintiffs") with prejudice against Defendants; and

    2. Allowing entry of judgment in favor of Defendants.

This motion is made pursuant to Federal Rules of Civil Procedure 41(b) on grounds that on June 23, 2022, this Court granted Defendants' Motion to Dismiss Complaint with leave to amend and set the deadline for Plaintiff to file a First Amended Complaint no later than July 7, 2022 (the "Order") [Dkt. No. 29]. Plaintiffs failed to file a First Amended Complaint on or before July 7, 2022. Pursuant to FRCP 41(b), this Court may dismiss this action with prejudice and enter judgment in favor of Defendants due to Plaintiffs' failure to timely file a First Amended Complaint.

This motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities in Support; and any matters that may or must be judicially noticed; the pleadings and records on file in this action; and any further evidence, arguments, or authorities presented at or before the hearing of this Motion.

This motion is made pursuant to L.R. 7-3, following the undersigned counsel's various attempts to contact opposing counsel to discuss this motion to dismiss. On June 27, 2022, Defendants set forth their basic position in an email to Plaintiffs' counsel and requested a voluntary dismissal to avoid the unnecessary

fees and costs from proceeding with this motion. Over the next two months, Defendants sent numerous follow up correspondence and provided their counsel's availability to meet and confer on this motion. However, these efforts were futile. Plaintiffs' counsel remained unresponsive. As such, the parties were unable to reach a resolution to eliminate the necessity for a hearing.

Dated: August 31, 2022                        **HOUSER LLP**

                                                    /s/ Robert W. Norman, Jr.
Robert W. Norman, Jr.
Attorneys for Defendants
Specialized Loan Servicing, LLC and Bank of New York Melon fka The Bank of New York, as successor to JPMorgan Chase Bank N.A. as indenture Trustee, on behalf of the holders of the Ferwin Mortgage Trust 2006-2HGS, asset-backed securities, series 2006-2HGS

3
DEFENDANTS' MOTION TO DISMISS COMPLAINT

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Defendants file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("FRCP") 41(b) on the grounds that Plaintiffs failed to file an amended complaint within the time period prescribed after this Court granted Defendants' Motion to Dismiss Complaint and set the deadline for Plaintiffs to file a First Amended Complaint to on or before July 7, 2022. *See* Dkt. No. 29. Pursuant to FRCP 41(b), Plaintiffs' complete inaction and failure to file a First Amended Complaint within the prescribed time period permits this Court to dismiss Plaintiffs' Complaint against Defendants with prejudice.

## II. FACTUAL BACKGROUND

On January 18, 2022, Defendant filed a Motion to Dismiss Complaint. Dkt. No. 14. Plaintiffs filed an Opposition to the Motion to Dismiss Complaint on February 15, 2022. Dkt. No. 20. Defendants filed a Reply in support of the Motion to Dismiss Complaint on June 10, 2022. Dkt. No. 28.

On June 23, 2022, this Court granted Defendants' Motion to Dismiss Complaint with leave to amend and set the deadline for Plaintiffs to file a First Amended Complaint to on or before July 7, 2022 – within 14 days of the date of the Court's Order. Dkt. No. 29.

Plaintiffs failed to file a First Amended Complaint by July 7, 2022, and as of the date of this Motion, still have not done so.

## III. PLAINTIFFS' COMPLAINT SHOULD BE DISMISSED WITH PREJUDICE BECAUSE PLAINTIFFS FAILED TO FILE A FIRST AMENDED COMPLAINT WITHIN THE TIME ORDERED BY THIS COURT

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." F.R.C.P. § 41(b). "Under Ninth Circuit

precedent, when a plaintiff fails to amend his complaint after the district court dismisses the complaint with leave to amend, the dismissal is typically considered a dismissal for failing to comply with a court order. . . ." *Yourish v. California Amplifier,* 191 F.3d 983 (9th Cir. 1999). The plaintiff's failure to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that it will not do so—is properly met with the sanction of a Rule 41(b) dismissal. *See Edwards v. Marin Park, Inc.,* 356 F.3d 1058, 1065 (9th Cir. 2004) (holding the conversion of a 12(b)(6) dismissal into one under Rule 41(b) is appropriate upon a plaintiff's inaction).

In this case, on June 23, 2022, this Court granted Defendants' Motion to Dismiss Complaint with leave to amend. *See* Dkt. No. 29. The Court gave Plaintiffs until July 7, 2022, to file a First Amended Complaint. *Id*. Plaintiffs failed to file a First Amended Complaint by July 7,2022, and as of the date of this Motion, still have not done so. Plaintiffs further failed to advise the court of their intent not to timely respond. Therefore, the Court should dismiss this action with prejudice and award judgment in favor of Defendants pursuant to FRCP 41(b).

## IV. CONCLUSION

For the foregoing reasons, Defendants respectfully requests that this Motion to Dismiss be granted, the Complaint be dismissed with prejudice, and judgment be entered in favor of Defendants.

Dated: August 31, 2022

**HOUSER LLP**

/s/ Robert W. Norman, Jr.
Robert W. Norman
Attorneys for Defendants
Specialized Loan Servicing, LLC and Bank of New York Melon fka The Bank of New York, as successor to JPMorgan Chase Bank N.A. as indenture Trustee, on behalf of the holders of the Ferwin Mortgage Trust 2006-2HGS, asset-backed securities, series 2006-2HGS

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On August 31, 2022 I served the document(s) described as follows:

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR FAILURE TO AMEND; MEMORANDUM OF POINTS AND AUTHORITIES**

On the following interested parties in this action:

Tony Cara, Esq.
Peter L. Nisson
CDLG, PC
2973 Harbor Boulevard, Suite 594
Costa Mesa, CA 92626-3912
Phone: (888) 615-6765
Fax: (888) 660-8874
E-mail: litigation.cdlg@gmail.com
*Attorneys for Plaintiffs*

☒    E-FILING—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on August 31, 2022 at Riverside, California.

_____
Courtney Hershey